IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 1:23-cr-36 (RDA) |
| | ) | |
| CHRISTIAN KIRSCHNER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the Government's Consent Motion to Dismiss Criminal Information ("Consent Motion"). Dkt. 23. Considering the Consent Motion along with Amazon.com's and IPI Partners' Victim Impact Statements, and for the reasons stated by the Government, it is hereby ORDERED that the Consent Motion (Dkt. 23) is GRANTED; and it is

FURTHER ORDERED that the Criminal Information filed in the instant case is DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a); and it is

FURTHER ORDERED that Defendant's guilty plea is VACATED; and it is

FURTHER ORDERED that the March 6, 2024 sentencing hearing date is VACATED.

The Clerk is directed to terminate the instant criminal action and to forward copies of this Order to counsel of record.

It is SO ORDERED.

Alexandria, Virginia
January 26, 2024

/s/
Rossie D. Alston, Jr
United States District Judge