IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTIAN KIRSCHNER, | ) | No. 1:23-cr-36 (RDA) |
| Defendant. | ) | |

ORDER

This matter is before the Court on Interested Party Amazon's unopposed Motion to Unseal

Victim Impact Statement as to Christian Kirschner.  Dkt. 30.  After considering the record in this

case, the Court will grant the motion.

Accordingly, it is hereby

**ORDERED** that Interested Party Amazon's Motion to Unseal the Victim Impact

Statement, Dkt. No. 30, is **GRANTED**, and the Clerk of Court is directed to make the sealed

document, Dkt. 27, filed on January 23, 2024, electronically accessible to the public.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
November 1, 2024

_____ /s/
Rossie D. Alston, Jr.
United States District Judge